1                                                            JUDGE RICHARD A. JONES

2

3

4

5                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
6                                          AT SEATTLE

7
     UNITED STATES OF AMERICA,              )   No. CR17-003-RAJ
8                                           )
                    Plaintiff,              )
9                                           )   ORDER GRANTING STIPULATED
                    v.                      )   JOINT MOTION TO CONTINUE
10                                          )   TRIAL AND PRETRIAL MOTIONS
     LUIS VENANCIO CUETO-RUIZ and           )   DATES
11   LEONARDO MATEO CUETO-RUIZ,             )
                                            )
12                  Defendants.             )

13

14          THE COURT has considered the stipulated joint motion of the parties to

15   continue the trial date and pretrial motions deadline and finds that:

16          (a) taking into account the exercise of due diligence, a failure to grant a

17   continuance in this case would deny counsel for the defendants the reasonable time

18   necessary for effective preparation due to counsels' need for more time to review the

19   evidence, consider possible defenses, and gather evidence material to the defense, as set

20   forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

21          (b) a failure to grant such a continuance in this proceeding would likely result in

22   a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

23          (c) the additional time requested is a reasonable period of delay, as the

24   defendants have requested more time to prepare for trial, to investigate the matter, to

25   gather evidence material to the defense, and to consider possible defenses; and

26

ORDER TO CONTINUE TRIAL AND                          **FEDERAL PUBLIC DEFENDER**
PRETRIAL MOTIONS DUE DATE                            **1601 Fifth Avenue, Suite 700**
(*Luis Cueto-Ruiz, et al*, CR17-003-RAJ) - 1         **Seattle, Washington 98101**
                                                     **(206) 553-1100**

1   (d) the ends of justice will best be served by a continuance, and the ends of

2   justice outweigh the best interests of the public and the defendants in any speedier trial,

3   as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4   (e) the additional time requested between the current trial date of March 13,

5   2017, and the new trial date is necessary to provide counsel for the defendants the

6   reasonable time necessary to prepare for trial, considering counsels' schedules and all

7   of the facts set forth above.

8   IT IS THEREFORE ORDERED that the parties' Stipulated Joint Motion to

9   Continue Trial Date and Pretrial Motions Deadline (Dkt. #27) is GRANTED.  The trial

10  date in this matter shall be continued to May 1, 2017, and that pretrial motions shall be

11  filed no later than March 30, 2017.

12  IT IS FURTHER ORDERED that the period of delay from the date of this order

13  to the new trial date of May 1, 2017, is excludable time pursuant to 18 U.S.C. §§

14  3161(h)(7)(A) and (h)(7)(B)(iv).

15

16  DATED this 15th day of February, 2017.

17

18  _____

19  The Honorable Richard A. Jones
    United States District Judge

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*Luis Cueto-Ruiz, et al*, CR17-003-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**